IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) Criminal No. | 5:19-CR-166 (GTS) |
| | ) | |
| v. | ) **Indictment** | |
| | ) | |
| **LIBORIO SOLER,** | ) Violations: | 42 U.S.C. § 408(a)(7)(B) |
| a/k/a Jose Jaime Morales Moreno, | ) | [Misuse of a Social Security |
| a/k/a Jose Jaime Morales Morenos, | ) | Number] |
| | ) | |
| **Defendant.** | ) | 18 U.S.C. § 1028A(a)(1) |
| | ) | [Aggravated Identity Theft] |
| | ) | |
| | ) 4 Counts | |
| | ) | |
| | ) County of Offense: | Herkimer |

## THE GRAND JURY CHARGES:

### COUNT 1
### [Misuse of a Social Security Number]

On or about June 19, 2017, in Herkimer County in the Northern District of New York, the defendant, **LIBORIO SOLER, a/k/a Jose Jamie Morales Moreno, a/k/a Jose Jamie Morales Morenos,** for the purpose of falsely identifying himself to Herkimer County law enforcement officers, with intent to deceive them as to his true identity, falsely represented a number to be the social security account number assigned by the Commissioner of Social Security to him, when, as he then well knew, in fact such number was not the social security account number assigned by the Commissioner of Social Security to him, in violation of Title 42, United States Code, Section 408(a)(7)(B).

### COUNT 2
### [Aggravated Identity Theft]

On or about June 19, 2017, in Herkimer County in the Northern District of New York, the defendant, **LIBORIO SOLER, a/k/a Jose Jamie Morales Moreno, a/k/a Jose Jamie Morales**

Morenos, during and in relation to a felony violation of a provision contained in section 208 of the Social Security Act, that is a violation of Title 42, United States Code, Section 408(a)(7)(B) for misuse of a social security number, did knowingly possess and use, without lawful authority, a means of identification of another person, all in violation of Title 18, United States Code, Section 1028A(a)(1).

## COUNT 3
### [Misuse of a Social Security Number]

On or about April 12, 2018, in Oneida County in the Northern District of New York, the defendant, **LIBORIO SOLER, a/k/a Jose Jamie Morales Moreno, a/k/a Jose Jamie Morales Morenos**, for the purpose of falsely identifying himself to officials with the Oneida County Probation Department, with intent to deceive them as to his true identity, falsely represented a number to be the social security account number assigned by the Commissioner of Social Security to him, when, as he then well knew, in fact such number was not the social security account number assigned by the Commissioner of Social Security to him, in violation of Title 42, United States Code, Section 408(a)(7)(B).

## COUNT 4
### [Aggravated Identity Theft]

On or about April 12, 2018, in Oneida County in the Northern District of New York, the defendant, **LIBORIO SOLER, a/k/a Jose Jamie Morales Moreno, a/k/a Jose Jamie Morales Morenos**, during and in relation to a felony violation of a provision contained in section 208 of the Social Security Act, that is a violation of Title 42, United States Code, Section 408(a)(7)(B) for misuse of a social security number, did knowingly possess and use, without lawful authority,

a means of identification of another person, all in violation of Title 18, United States Code, Section 1028A(a)(1).

Dated: April 25, 2019

A TRUE BILL, **NAME REDACTED

_____
Grand Jury Foreperson

GRANT C. JAQUITH
United States Attorney

By: _____
Michael D. Gadarian
Assistant United States Attorney
Bar Roll No. 517198

3